BENJAMIN B. WAGNER
United States Attorney
MICHELE BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**SEALED**
**FILED**
OCT 07 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
  DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A WARRANT TO SEARCH FOR A WARRANT TO SEARCH INFORMATION ASSOCIATED WITH CELL PHONE ACCOUNT (707) 720-8073 STORED ON THE PREMISES CONTROLLED BY METRO PCS | CASE NO. 2:14-SW-0565 CKD<br><br>[~~PROPOSED~~] ORDER RE: NONDISCLOSURE<br><br>**UNDER SEAL** |

### ORDER

IT APPEARING that prior notice of to any person of this investigation, the application for a search warrant, the warrant, and the orders entered in connection therewith would seriously jeopardize the investigation;

IT IS ORDERED that Metro PCS shall not disclose the existence of the warrant, the application, or the Orders of the Court in this matter, to the listed subscriber or to any other person, unless and until authorized to do so by the Court.

Dated: 10/7/2014

_____
Hon. Carolyn K. Delaney
U.S. MAGISTRATE JUDGE