

1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHELE BECKWITH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                IN THE UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 | IN THE MATTER OF THE SEARCH OF | CASE NO. 2:14-SW-0565 CKD

12 | INFORMATION ASSOCIATED WITH CELL
   | PHONE ACCOUNT (707) 720-8073 THAT IS | [PROPOSED] ORDER TO UNSEAL SEARCH
13 | STORED ON THE PREMISES | WARRANT AND SEARCH WARRANT
   | CONTROLLED BY METRO PCS | AFFIDAVIT
14

15

16     The government's request to unseal the Search Warrant and this case is GRANTED.

17

18 Dated: 3/18/15
                                        _____
19                                      HON. DALE A. DROZD
                                        U.S. Magistrate Judge